# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MICHAEL HANSON,**

      **Plaintiff,**

  vs.                                  **Case No.:  2:14-cv-561**
                                         **JUDGE GEORGE C. SMITH**
                                         **Magistrate Judge Kemp**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

On April 13, 2015, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's Statement of Errors be **OVERRULED**, and that the Commissioner of Social Security's Decision be **AFFIRMED** and final judgment be entered in favor of the Defendant.  (*Report and Recommendation*, Doc. 21).  This matter is now before the Court on Plaintiff Michael Hanson's Objections to the Magistrate Judge's *Report and Recommendation*.  (Doc. 22).  The Court will consider the matter *de novo*.  *See* 28 U.S.C. § 636(b)(1);  Fed. R. Civ. P. 72(b)(3).

Plaintiff raises three main objections to the *Report and Recommendation*:  (1) the administrative decision's step five determination lacks substantial evidence; (2) the ALJ's rejection of Dr. Dunmyer's opinion was not supported by substantial evidence; and (3) the decision's credibility assessment was not supported by substantial evidence.  (*See* Pl.'s Objs., Doc. 22).  The Court has carefully considered Plaintiff's objections, however, they were also

considered and discussed by the Magistrate Judge.  Therefore, for the reasons stated in the *Report and Recommendation*, this Court finds that the objections are without merit.

Accordingly, the *Report and Recommendation,* Document 21, is **ADOPTED** and **AFFIRMED.**  Defendant's Objections are hereby **OVERRULED**.

The Clerk shall remove Documents 21 and 22 from the Court's pending motions list, and enter final judgment in favor of the Defendant, the Commissioner of Social Security.

**IT IS SO ORDERED.**

*/s/ George C. Smith*_____
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**